**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHANIEL LOCKE, | ) NO. CV 09-8059-JST (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| K. HARRINGTON, | ) CONCLUSIONS, AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, and the Amended Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts and adopts the Magistrate Judge's Amended Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

    IT IS ORDERED that: (1) Respondent's motion to dismiss is granted; and (2) Judgment shall be entered dismissing this action with prejudice.

```
 1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
 2   the Judgment herein on Petitioner and counsel for Respondent.
 3
 4        LET JUDGMENT BE ENTERED ACCORDINGLY.
 5
 6   DATED: January 26, 2011.
 7
                                          JOSEPHINE STATON TUCKER
 8                                       _____
                                             JOSEPHINE STATON TUCKER
 9                                          UNITED STATES DISTRICT JUDGE
```