**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHANIEL LOCKE, | ) NO. CV 09-8059-JST (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| K. HARRINGTON, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 26, 2011.

JOSEPHINE STATON TUCKER

---
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE